### CITY ELECTRIC RAILWAY COMPANY *v.* TURNER.

LUMPKIN, J. 1. The petition set a cause of action. The demurrer was without merit, and was properly overruled.

2. The evidence was sufficient to support the finding; and no other ground of complaint being set up in the motion for a new trial, it was properly overruled.

*Judgment affirmed. All the Justices concur.*

JULY 26, 1910.

Action for damages. Before Judge Wright. Floyd superior court. May 22, 1909.

*Dean & Dean,* for plaintiff in error.

*McHenry & Porter* and *W. M. Henry,* contra.